**STATE of Missouri, Respondent,**

v.

**Kevin MINER, Appellant.**

No. 74469.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 25, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 6, 1999.

Application for Transfer Denied
Aug. 24, 1999.

Nancy L. Vincent, Dist. Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Catherine Chatman, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

peace by paying the bond amount into court and was entitled to dismissal.

ORDER

PER CURIAM.

Appellant, Kevin Miner, appeals the judgment of conviction entered by the Circuit Court of the City of St. Louis after the court found him guilty of one count of murder in the first degree, RSMo section 565.020,[1] two counts of assault in the first degree, RSMo section 565.050, three counts of armed criminal action, RSMo section 571.015, and one count of ethnic intimidation in the second degree, RSMo section 574.093. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).

1. All statutory references are to RSMo 1994.